UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Luis A Bonilla

Case No.: 6:17-BK-06080-CCJ
Chapter 13

Debtor.
_____/

## TRINITY FINANCIAL SERVICES, LLC'S RESPONSE TO DEBTOR'S MOTION TO REHEAR MOTION TO VALUE AND DETERMINE SECURED STATUS

**SECURED CREDITOR,** Trinity Financial Services, LLC (hereinafter referred to as "SECURED CREDITOR"), by and through its undersigned attorney, hereby enters this Response to the Debtors Motion to Rehear the Debtors Motion to Value and Determine Secured Status of Lien on Real Property Held by Trinity Financial Services, LLC **[DE 49]**, and in support states as follows:

1. On or about September 15, 2017, Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On or about January 25, 2017, Debtor filed a Motion to Value and Determine Secured Status alleging that the value of the Property leaves SECURED CREDITOR wholly unsecured **[DE 16]**.

3. On or about October 18, 2018 a Hearing was held on the Debtors Motion to Value and the Debtors Motion to Value was Denied **[DE 44]**

4. On or about October 30, 2018 the Order denying the Debtors Motion to Value was entered **[DE 47]**.

5. On or about November 13, 2018 the Debtor filed a Motion for rehearing of the order Denying the Lien Strip **[DE 49]**.

6. The Debtors Motion for Rehearing presents the same issues argued by the Debtor in the initial hearing and is thus not beneficial to the judicial proceedings and should be denied.

7. When oral argument on the Debtors Motion for Rehearing would not be beneficial the request for a hearing should be denied. <u>Mead v. United States</u> (In re Mead), 374 B.R. 296 (Bankr. M.D. Fla. 2007)

8. Further, pursuant to Fed. R. Civ. P. 59. A party may move for reconsideration of orders issued by bankruptcy courts within ten days of the entry of an order or judgment.

9. The Order Denying the Motion for rehearing was entered on October 30, 2018 **[DE 47]** and the Debtor filed its Motion for Rehearing of the Order Denying Lien Strip on November 13, 2018 **[DE 48]**, therefore the Debtors Motion for Rehearing is untimely and should be denied.

10. Notwithstanding the lack of new substance and evidence or the untimeliness of the Debtors motion, the court correctly decided the Debtors motion at the Hearing on October 18, 2018 **[DE 44]**.

11. Granting the Debtors motion to value would have been extremely inequitable as Secured Creditor is currently secured by an amount of approximately $70,000.00 dollars as shown by the evidence presented at the hearing **[DE 44].**

12. The Debtor intentionally sought to abuse the Bankruptcy system to strip a lien that the Debtor knew was secured. The timing of the Debtors Bankruptcy filing days before it knew the annual principal reduction was going take place indicates the Debtor was actively in bad faith trying to mislead the court and abuse the Bankruptcy system to obtain a windfall of approximately $70,000.00.

**WHEREFORE, PREMISES CONSIDERED,** SECURED CREDITOR prays that this Honorable Court enter an order denying the debtors motion, without hearing, as moot and/or untimely.

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, on November 28, 2018.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Middle District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

/s/ Damian G. Waldman
Damian G. Waldman, Esquire
Florida Bar No.: 090502
**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Boulevard, Unit 1 & 2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: damian@dwaldmanlaw.com
Service Email: bankruptcy@dwaldmanlaw.com
*Attorneys for Secured Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th Day of November 2018, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

Trinity Financial Services, LLC
c/o Damian Waldman, Esq.
Law Office of Damian G. Waldman, P.A.
10333 Seminole Blvd., Units 1 and 2
Seminole, FL 33778
damian@dwaldmanlaw.com
bankrutcy@dwaldmanlaw.com
service@dwaldmanlaw.com